In the Matter of the Claim of EARL WEBSTER, Respondent, against ST. JOSEPH LEAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for permanent total disability compensation, based upon a finding that claimant contracted an occupational disease. Claimant was a miner, assigned to drilling and blasting duties. On December 5, 1937, he became disabled as a result of pulmonary tuberculosis. This disease was imposed upon a silicotic condition of the lungs. There is competent medical evidence to the effect that the silicotic condition was not disabling. There is also evidence that the disease of tuberculosis was caused by claimant's employment, which exposed him to wet and cold conditions, fumes, gases and improper ventilation. The award for an occupational disease was proper under the evidence. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ISIDOR CARSONS, Appellant, against CROYDON CONSTRUCTION Co. and UNITED STATES CASUALTY Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from decision of the State Industrial Board denying benefits under the Workmen's Compensation Law. The evidence supports the contention of the State Industrial Board that the claimant was an independent contractor. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of BESSIE WILLIAMS, Respondent, against ARTHUR GALLOW, INCORPORATED, and NEW AMSTERDAM CASUALTY Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision and award of the State Industrial Board which held that decedent's death arose out of and in the course of his employment and awarded death benefits to his widow. The decision and award were made pursuant to a unanimous decision and opinion of this court rendered at the May, 1941, term (reported at 261 App. Div. 765). After the matter was remitted to the State Industrial Board, no further evidence was offered. New findings and an award were made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.